IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

BURLINGTON INSURANCE COMPANY,
        Plaintiff,

v.                                                 CASE NO.: 3:06cv317 MCR/MD

RICK'S CABANA LOUNGE, LLC,
and JASON PETERS,
and KYLE SHELTON,
        Defendants.
_____/

**O R D E R**

       On October 23, 2006, this court entered an order granting plaintiff, Burlington Insurance Company's Motion for Distribution of Funds and Motion to Voluntarily Dismiss Complaint for Interpleader without Prejudice. As of November 3, 2006, however, no funds have yet been distributed as the plaintiff's motion only asked for disbursement of the $100,000 that had initially been paid into the Court Registry. Because of this, the court's order of October 23rd did not direct how to distribute the interest that had accrued on the account while it was held in the Court Registry. Therefore, this order is issued to clarify the court's previous order.

       Accordingly it is hereby ordered that the Clerk shall disburse to the plaintiff, Burlington Insurance Company, the total amount of $100,808.97, which includes the initial $100,000 paid into the court registry as well as $808.97 in interest that has accrued during the pendency of this matter.

ORDERED on this  3rd  day of November 2006.

                                             *s/ M. Casey Rodgers*
                                             **M. Casey Rodgers**
                                             **United States District Judge**